UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MONIKA A. VALENTINE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>　　　　Defendants. | Case No. 2:16-cv-01905-APG-NJK<br><br>ORDER |

Pending before the court is Plantiff's notice of settlement. Docket No. 10. Plaintiff has resolved her dispute with Defendant Equifax Information Services, LLC on an individual basis and states that dismissal papers will be filed no later than December 26, 2016. *Id.* at 2. The Court **ORDERS** the parties to file a stipulation of dismissal, no later than December 26, 2016.

IT IS SO ORDERED.

Dated: October 28, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge