# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MONIKA A. VALENTINE, et al.,<br><br>           Plaintiff(s),<br><br>v.<br><br>EQUIFAX INFORMATION<br>SERVICES, LLC, et al.,<br><br>           Defendant(s). | Case No. 2:16-cv-01905-APG-NJK<br><br>**ORDER** |

      Plaintiffs and Defendant Wells Fargo filed a notice of settlement on March 9, 2017. Docket No. 23. Pending before the Court is their third status report regarding that settlement. Docket No. 26. The parties shall file dismissal papers by August 3, 2017.

      IT IS SO ORDERED.

      Dated: July 7, 2017

                                                                                             NANCY J. KOPPE<br>
                                                                         UNITED STATES MAGISTRATE JUDGE