# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MONIKA A. VALENTINE, et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> EQUIFAX INFORMATION ) <br> SERVICES, LLC, et al., ) <br> ) <br> Defendant(s). ) <br> _____ ) | Case No. 2:16-cv-01905-APG-NJK <br><br> **ORDER** |

Plaintiffs and Defendant Wells Fargo filed a notice of settlement nearly five months ago, on March 9, 2017. Docket No. 23. In response to the parties' third status report regarding that settlement, the Court ordered that dismissal papers be filed by August 3, 2017. Docket No. 28. Now pending before the Court is a fourth status report, seeking an additional 30 days for Wells Fargo to approve certain terms of the settlement agreement. Docket No. 29. That request is **DENIED**. Instead, the Court will extend the deadline to file dismissal papers to August 10, 2017. **THERE WILL BE NO FURTHER EXTENSIONS GRANTED.**

IT IS SO ORDERED.

Dated: July 26, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE