Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiffs Monika A. Valentine and William R. Valentine*

KAZEROUNI LAW GROUP, APC
6069 S. Fort Apache Rd., Ste 100
Las Vegas, NV 89148

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Monika A. Valentine and William R. Valentine,<br><br>Plaintiffs,<br>v.<br><br>Wells Fargo Home Mortgage and Equifax Information Services, LLC,<br><br>Defendants. | Case No.: 2:16-cv-01905-APG-NJK<br>Case No.: 2:16-cv-01906-APG-NJK<br><br>**Stipulation of Dismissal** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Monika A. Valentine and William R. Valentine ("Plaintiffs") and Defendant Wells Fargo Home Mortgage ("Defendant") stipulate to dismiss with prejudice Plaintiffs' claims against Defendant in this matter only. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 10th day of August 2017.

Respectfully Submitted,

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiffs*

**Snell & Wilmer, L.L.P.**

By: /s/ Kelly Dove
Tanya N. Lewis, Esq.
Kelly Dove, Esq.
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
*Attorneys for Wells Fargo Home Mortgage*

IT IS SO ORDERED.

______________________________
UNITED STATES DISTRICT JUDGE

Dated: August 10, 2017

KAZEROUNI LAW GROUP, APC
6069 S. Fort Apache Rd., Ste 100
Las Vegas, NV 89148

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on August 10, 2017, the foregoing Stipulation was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
6069 S. Fort Apache Rd., Ste 100
Las Vegas, NV 89148